Steven T. CORBIN, Plaintiff-Appellant,

v.

Lee J. LOFTUS and Jmo Finance Staff, Department of Justice/justice Management Division; Tilton & Bernstein Management, Defendants-Appellees.

No. 16-1203

United States Court of Appeals, Fourth Circuit.

Submitted: November 7, 2016

Decided: November 28, 2016

Steven T. Corbin, Appellant Pro Se. Jane Elizabeth Andersen, Office of the United States Attorney, Allen F. Loucks, Assistant United States Attorney, Baltimore, Maryland, for Appellee Lee J. Loftus and JMO Finance Staff.

Before MOTZ, DUNCAN, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Steven T. Corbin appeals the district court's order granting Lee J. Loftus and JMO Finance Staff's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and dismissing his complaint as to all parties. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm substantially for the reasons stated by the district court.* Corbin v. Loftus, No. 8:15–cv–02118–RWT (D. Md. Nov. 10, 2015). We also deny Corbin's petitions for a writ of mandamus and his pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* To the extent that Corbin seeks to challenge the removal of another currently pending civil action, Corbin v. Lynch, No. 8:16–cv–01495–RWT (D. Md. May 18, 2016), his notice of

appeal did not designate a decision or judgment in that case, see Fed. R. App. P. 3(c)(1)(B), and there has been no ruling by the district court on a motion to remand.